**Order entered October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00723-CV

### IN THE INTEREST OF M.N.M., A CHILD

**On Appeal from the County Court At Law**
**Kaufman County, Texas**
**Trial Court Cause No. 87539-CC**

## ORDER

Before the Court is the October 15, 2014 "Amended Motion for Extension of Time in Which to File Appellee's Brief" of appellee Texas Department of Family and Protective Services. Appellee's brief in this appeal was due October 5, 2014. Appellee requests a thirty-day extension of time to November 4, 2014.

This is appellee's first motion for an extension of time in this appeal. Appellee states this request is not made to delay or injure any party. Further, appellee asserts the requested extension is (1) necessary to enable appellee to fully present the Court with an accurate and complete presentation of the evidence in this case and applicable law and (2) not opposed by appellant.

We **GRANT** appellee's motion for extension of time in which to file its brief and **ORDER** appellee to file its brief on or before November 4, 2014.  Due to the accelerated nature of this appeal, no further extensions will be granted.

We **DIRECT** the Clerk of the Court to send a copy of this order to all parties by electronic transmission.

/s/    DOUGLAS S. LANG
JUSTICE